**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMANUEL CULUTUE DOMINGOS,<br>Petitioner,<br>v.<br><br>JEREMY CASEY, Warden, Imperial Regional Detention Facility,<br>Respondent. | Case No.: 3:26-cv-01151-BTM-JLB<br><br>**ORDER REQUIRING FURTHER RESPONSE** |

The Respondents are required to file an additional response stating whether the Petitioner will be a danger to the community if released. The response shall be filed no later than September 16, 2026, at 5 p.m.

**IT IS SO ORDERED.**

Dated: September 15, 2026

Honorable Barry Ted Moskowitz
United States District Judge