# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

EMANUEL CULUTUE DOMINGOS,
Petitioner,
v.

JEREMY CASEY, Warden, Imperial Regional Detention Facility,
Respondent.

Case No.: 3:26-cv-01151-BTM-JLB

**ORDER REQUIRING FURTHER RESPONSE**

The Respondents are required to file an additional response stating whether the Petitioner will be a danger to the community if released. The response shall be filed no later than September 16, 2026, at 5 p.m.

**IT IS SO ORDERED.**

Dated: September 15, 2026

Honorable Barry Ted Moskowitz
United States District Judge