**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMANUEL CULUTUE DOMINGOS,<br>Petitioner,<br>v.<br><br>JEREMY CASEY, Warden, Imperial Regional Detention Facility,<br>Respondent. | Case No.: 3:26-cv-01151-BTM-JLB<br><br>**ORDER GRANTING MOTION TO ENFORCE ORDER**<br><br>**[ECF NO. 13]** |

//

//

//

On March 23, 2026, the Court granted in part Emanuel Culutue Domingos's petition for the writ of habeas corpus and ordered that he receive a bond hearing. (ECF No. 9.) After an immigration judge denied bond, Domingos filed a motion to enforce judgment before this Court. (ECF No. 13.) He claimed that the immigration judge did not comply with the Court's order to provide a fair bond hearing. The Court granted in part the motion because the immigration judge failed to obtain an interpreter for the Chokwe language that Domingos speaks. (ECF No. 22.) The Court then scheduled a bond hearing to be held before it.

Before the bond hearing was held, the Government amended its response to Domingos's motion. The Government stated that it "do[es] not oppose an order from this Court directing that Petitioner be released from custody, subject to reasonable conditions of supervision at the government's discretion." (ECF No. 25.) The Court ordered the Government to file an additional response stating whether the Petitioner will be a danger to the community if released. (ECF No. 29.) In response, the Government stated that its counsel is "not aware of Petitioner having any criminal history and any factual basis for such concerns." (ECF No. 26.)

Accordingly, the Court **GRANTS** the motion to enforce judgment. The Government is ordered to release Domingos from custody, subject to reasonable conditions of supervision, including that he reside at Casa Marianella. The parties shall file a statement as to the satisfaction of the writ by September 21, 2026, at 5 p.m. The bond hearing scheduled for September 24, 2026, is **VACATED**. The Clerk of the Court is directed to close the case. The Court retains jurisdiction to enforce the writ.

**IT IS SO ORDERED.**

Dated: September 18, 2026

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge